EXHIBIT "A"

1   CHRISTOPHER J. YOST, State Bar No. 150785
    cjyost@fedex.com
2   STACEY O. JUE, State Bar No. 231429
    stacey.jue@fedex.com
3   **FEDERAL EXPRESS CORPORATION**
    2601 Main Street, Suite 340
4   Irvine, California 92614
    Telephone:  (949) 862-4638
5   Facsimile:   (949) 862-4605

6   Attorneys for Defendant FEDERAL EXPRESS
    CORPORATION dba FEDEX EXPRESS
7   erroneously sued as "FEDERAL EXPRESS" and
    "FEDEX EXPRESS"

8

9                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                              COUNTY OF ALAMEDA

11

12  BRIAN PATRICK TUCKER,                    | Case No.: HG07311338
                                            | Assigned for All Purposes to:
                            PLAINTIFF,       | Judge Winifred Y. Smith
13                                          | Department 114

14           vs.

15  FEDERAL EXPRESS; FEDEX                   | **NOTICE OF FILING NOTICE OF**
    EXPRESS, and DOES 1-100, Inclusive,      | **REMOVAL IN THE UNITED STATES**
                                            | **DISTRICT COURT FOR THE NORTHERN**
16                     DEFENDANTS.           | **DISTRICT OF CALIFORNIA**

17                                          | Complaint Filed:  February 15, 2007
                                            | Trial Date:  None Set

18  **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

19          PLEASE TAKE NOTICE that on the 29th day of August, 2007, Defendant Federal Express

20  Corporation filed with the Clerk of the United States District Court for the Northern District of

21  California a Notice of Removal of the above-entitled action to said Court from the Superior Court of

22  the State of California for the County of Alameda.  A copy of the Notice of Removal, and the

23  attachments thereto, are attached hereto and served herewith as Exhibit 1.

24  / / /

25  / / /

26  / / /

27  / / /

28

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614

- 1 -
NOTICE OF FILING NOTICE OF REMOVAL IN UNITED STATES DISTRICT COURT

1          PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. section 1441, the filing of

2    the Notice of Removal in the District Court, together with the filing of a copy of the Notice with this

3    Superior Court, effects the removal of this action and this Superior Court may proceed no further

4    unless or until the case is remanded.

5

6    Dated: August 29, 2007.                         Respectfully submitted,

7

8

9                                                    Stacey O. Jue
                                                     Attorneys for Defendant FEDERAL EXPRESS
10                                                   CORPORATION dba FEDEX EXPRESS erroneously
                                                     sued as "FEDERAL EXPRESS" and "FEDEX
11                                                   EXPRESS"

12

13   666792

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -
NOTICE OF FILING NOTICE OF REMOVAL IN UNITED STATES DISTRICT COURT

EXHIBIT _A_, PAGE _8_

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is FedEx Express, 2601 Main Street, Suite 340, Irvine, California 92614.

On August 29, 2007, I served the within document(s):

**NOTICE OF FILING NOTICE OF REMOVAL IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

☐  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☐  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐  by arranging with OC Corporate Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☒  by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California in accordance with Federal Express Corporation's ordinary business practices.

**Brian Patrick Tucker
14178 Tiburon Road
San Leandro CA 94577
Tel: 510-315-0497**

☒  *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐  *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 29, 2007, at Irvine, California.

Kathy Miller
Kathy Miller

EXHIBIT A , PAGE 9

FEDERAL EXPRESS
CORPORATION
2601 MAIN STREET
SUITE 340
IRVINE, CA 92614