EXHIBIT "B"

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
08/01/2007
Log Number 512457024

RECEIVED
AUG 0 2 2007
LEGAL DEPARTMENT

**TO:** Tracey Wheatley
Federal Express Corporation
3620 Hacks Cross Road, Third Floor
Building B
Memphis, TN, 38125-

**RE:** **Process Served in California**

**FOR:** Federal Express Corporation (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Brian Patrick Tucker, Pltf. vs. Federal Express, et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, First Amended Complaint, Attachment(s), Instruction Sheet, Stipulation Form |
| **COURT/AGENCY:** | Alameda County, Oakland, Superior Court, CA<br>Case # HGO07311338 |
| **NATURE OF ACTION:** | Employee Litigation - Wrongful Termination - February 15, 2006 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/01/2007 at 14:40 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Brian Patrick Tucker<br>14178 Tiburon Rd.<br>San Leandro, CA, 94577<br>510 315 0497 |
| **REMARKS:** | Process server stated that documents were intended for Federal Express Corporation only! |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Priority Overnight, 791357039170<br>Image SOP - Page(s): 49<br>Email Notification, Dwayne S Byrd dsbyrd@fedex.com<br>Email Notification, Cynthia Collins cjcollins@fedex.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br>**TELEPHONE:** | C T Corporation System<br>Dianne Christman<br>818 West Seventh Street<br>Los Angeles, CA, 90017<br>213-337-4615 |

RECEIVED
AUG - 2 2007

Page 1 of 1 / TW

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

EXHIBIT __B__, PAGE __10__