EXHIBIT "E"

CIV-050

- DO NOT FILE WITH THE COURT-
-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): Brian Patrick Tucker, 14178 Tiburon Rd, San Leandro, Ca 94577 | TELEPHONE NO.: 510-315-0497 | FOR COURT USE ONLY |
|---|---|---|

ATTORNEY FOR (name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 661 Washington Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94607
BRANCH NAME: Wiley W. Manuel Courthouse

PLAINTIFF: Brian Patrick Tucker
DEFENDANT: Federal Express; FedEx Express

| STATEMENT OF DAMAGES (Personal Injury or Wrongful Death) | CASE NUMBER: HG07311338 |
|---|---|

To (name of one defendant only): FedEx Express
Plaintiff (name of one plaintiff only): Brian Patrick Tucker
seeks damages in the above-entitled action, as follows:

1. **General damages**                                                                              AMOUNT
   a. [✓] Pain, suffering, and inconvenience ................................................... $ 250,000.00
   b. [✓] Emotional distress ....................................................................... $ 250,000.00
   c. [ ] Loss of consortium ....................................................................... $
   d. [ ] Loss of sociey and companionship (wrongful death actions only) ............. $
   e. [✓] Other (specify) Loss of Reputation ............................................... $ 250,000.00
   f. [✓] Other (specify) Destruction of Civil Rights .................................... $ 250,000.00
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [ ] Medical expenses (to date) ........................................................... $
   b. [ ] Future medical expenses (present value) ......................................... $
   c. [✓] Loss of earnings (to date) ........................................................... $ 50,000.00
   d. [✓] Loss of future earning capacity (present value) ................................ $ 600,000.00
   e. [ ] Property damage ......................................................................... $
   f. [ ] Funeral expenses (wrongful death actions only) .................................. $
   g. [ ] Future contributions (present value) (wrongful death actions only) ........... $
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) .. $
   i. [ ] Other (specify) ............................................................................ $
   j. [ ] Other (specify) ............................................................................ $
   k. [ ] Continued on Attachment 2.k.

3. [✓] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $ 2,000,000.00
   when pursuing a judgment in the suit filed against you.

Date: August 23, 2007
Brian Patrick Tucker
(TYPE OR PRINT NAME)                                             (SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)                                                                   Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

STATEMENT OF DAMAGES
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com



EXHIBIT E, PAGE 56