EXHIBIT "F"

Brian Patrick Tucker
14178 Tiburon Rd,
San Leandro, Ca 94577
510-315-0497

Pro Per

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF ALAMEDA

| Brian Patrick Tucker<br><br>Plaintiff<br><br>v.<br><br>Federal Express; FedEx Express and Does 1 – 100 Inclusive<br><br>Defendants | Case No.   HGO07311338<br><br>Assigned for all purposes to:<br>Judge Winifred Y. Smith<br>Department 114<br><br>**Notice to Defendant of Scheduled Case Management Conference**<br><br>Time: 9:00 AM<br>Date: November 6, 2007 |
|---|---|

**NOTICE IS HEREBY GIVEN** that a Case Management Conference has been scheduled in this matter in Dept 114 of the Alameda County Superior Court for the State of California, to be held on November 6, 2007 at 9:00 AM.

August 23, 2007

_____
Brian Patrick Tucker
Plaintiff Pro Per

EXHIBIT F, PAGE 57