1  CHRISTOPHER J. YOST, State Bar No. 150785
   cjyost@fedex.com
2  STACEY O. JUE, State Bar No. 231429
   stacey.jue@fedex.com
3  **FEDERAL EXPRESS CORPORATION**
   2601 Main Street, Suite 340
4  Irvine, California 92614
   Telephone: (949) 862-4638
5  Facsimile: (949) 862-4605

6  Attorneys for Defendant FEDERAL EXPRESS
   CORPORATION dba FEDEX EXPRESS
7  erroneously sued as "FEDERAL EXPRESS" and
   "FEDEX EXPRESS"
8

*ORIGINAL FILED 07 AUG 29 PM 2:05 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

*E-filing*

*MJJ*

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA

11                                    **C 07 4480**
12  BRIAN PATRICK TUCKER,          Case No.: _____

13              PLAINTIFF,          **DEFENDANT FEDERAL EXPRESS
                                   CORPORATION'S NOTICE AND
14       vs.                       CERTIFICATION OF INTERESTED
                                   ENTITIES OR PERSONS PURSUANT
15  FEDERAL EXPRESS; FEDEX         TO LOCAL RULE 3-16**
    EXPRESS, and DOES 1-100,
16  Inclusive,
                DEFENDANTS.
17                                 Complaint Filed: February 15, 2007
                                   Trial Date: None Set
18

19       Pursuant to Local Rule 3-16, the undersigned, counsel of record for
20  defendant Federal Express Corporation dba Fedex Express erroneously sued as
21  "Federal Express" and "Fedex Express" ("FedEx" or "Defendant"), certifies that
22  the following listed parties, associations of persons, firms, partnerships,
23  corporations (including parent corporations) or other entities (1) have a financial
24  interest in the subject matter in controversy or is a party to the proceeding, or (ii)
25  have a non-financial interest in that subject matter or in a party that could be
26  substantially affected by the outcome of this proceeding:
27
28

                                    1
**DEFENDANT'S NOTICE AND CERTIFICATION OF INTERESTED PARTIES**

1  a.  Plaintiff Brian Patrick Tucker – former employee of Federal Express Corporation dba FedEx Express;

  b.  Defendant Federal Express Corporation dba FedEx Express – Plaintiffs' employer;

  c.  FedEx Corporation – parent corporation of Federal Express Corporation which is publicly traded;

  d.  Christopher J. Yost, Attorney for Defendant Federal Express Corporation dba Federal Express;

  e.  Stacey O. Jue, Attorney for Defendant Federal Express Corporation dba Federal Express.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: August 29, 2007.        Respectfully submitted,

By: /s/ Stacey O. Jue
STACEY O. JUE
Attorneys for Defendant FEDERAL EXPRESS CORPORATION dba FEDEX EXPRESS erroneously sued as "FEDERAL EXPRESS" and "FEDEX EXPRESS"

667860

**CERTIFICATE OF SERVICE**

I declare that I am employed with the Legal Department of Federal Express Corporation "Fed Ex" LLP, whose address is 2601 Main Street, Suite 340, Irvine, California 92614. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on August 29, 2007, I served a copy of:

**DEFENDANT FEDERAL EXPRESS CORPORATION'S NOTICE AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO LOCAL RULE 3-16**

[X] **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by Fed Ex Express, at 2601 Main Street, suite 340, Irvine, California 92614 in accordance with Fed Ex's ordinary business practices.

I am readily familiar with Fed Ex's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Fed Ex's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Fed Ex Express or delivered to an authorized courier or driver authorized by Fed Ex Express to receive documents on the same date that it (they) is are placed at Fed Ex for collection.

**Brian Patrick Tucker**
**14178 Tiburon Road**
**San Leandro CA 94577**
**Tel: 510-315-0497**

I declare under penalty of perjury that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Irvine, California, this 29th day of August 2007.

Kathy Miller _____   _Kathy Miller_ _____
(typed)                         (signature)