```
 1  CHRISTOPHER J. YOST, State Bar No. 150785
    cjyost@fedex.com
 2  STACEY O. JUE, State Bar No. 231429
    stacey.jue@fedex.com
 3  FEDERAL EXPRESS CORPORATION
    2601 Main Street, Suite 340
 4  Irvine, California 92614
    Telephone:  (949) 862-4638
 5  Facsimile:  (949) 862-4605

 6  Attorneys for Defendant FEDERAL EXPRESS
    CORPORATION dba FEDEX EXPRESS
 7  erroneously sued as "FEDERAL EXPRESS" and
    "FEDEX EXPRESS"
 8
```

ORIGINAL FILED
07 AUG 29 PM 2: 09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

MJJ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PATRICK TUCKER,<br><br>PLAINTIFF,<br><br>vs.<br><br>FEDERAL EXPRESS; FEDEX EXPRESS, and DOES 1-100, Inclusive,<br><br>DEFENDANTS. | Case No.: **C 07 4480**<br><br>NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO LOCAL RULE 3-13<br><br>Complaint Filed: February 15, 2007<br>Trial Date: None Set |

Pursuant to United States District Court for the Northern District of California Local Rule 3-13, counsel for defendant Federal Express Corporation dba Fedex Express erroneously sued as "Federal Express" and "Fedex Express" ("FedEx" or "Defendant") hereby avers that:

1. To Defendant's knowledge, no action previously filed or currently pending in the Northern District appears to arise from the same or closely related transaction, happening, or event as in the pending lawsuit of Brian Patrick Tucker ("Plaintiff").

2. To Defendant's knowledge, no action previously filed or currently pending in the Northern District appears to call for determination of the same or substantially

1

1  related or similar questions of law and fact as Plaintiff's pending lawsuit;

2      3.    To Defendant's knowledge, no action previously filed or currently pending
3  in the Northern District appears likely to entail substantial duplication of labor if heard
4  by a different judge as Plaintiff's lawsuit; and

5      4.    Plaintiff's pending lawsuit does not involve issues of patent, trademark, or
6  copyright.

9  DATED: August 29, 2007.     Respectfully submitted,

11  By: _____
STACEY O. JUE
Attorney for Defendant FEDERAL
EXPRESS CORPORATION dba FEDEX
EXPRESS erroneously sued as "FEDERAL
EXPRESS" and "FEDEX EXPRESS"

14  667869

NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO LOCAL RULE 3-13

**CERTIFICATE OF SERVICE**

1. I declare that I am employed with the Legal Department of Federal Express Corporation "Fed Ex" LLP, whose address is 2601 Main Street, Suite 340, Irvine, California 92614. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on August 29, 2007, I served a copy of:

**NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO LOCAL RULE 3-13**

[X] **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by Fed Ex Express, at 2601 Main Street, suite 340, Irvine, California 92614 in accordance with Fed Ex's ordinary business practices.

I am readily familiar with Fed Ex's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Fed Ex's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Fed Ex Express or delivered to an authorized courier or driver authorized by Fed Ex Express to receive documents on the same date that it (they) is are placed at Fed Ex for collection.

**Brian Patrick Tucker**
**14178 Tiburon Road**
**San Leandro CA 94577**
**Tel: 510-315-0497**

I declare under penalty of perjury that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Irvine, California, this 29th day of August 2007.

Kathy Miller               Kathy Miller
(typed)                    (signature)