1  CHRISTOPHER J. YOST, State Bar No. 150785
   cjyost@fedex.com
2  STACEY O. JUE, State Bar No. 231429
   stacey.jue@fedex.com
3  **FEDERAL EXPRESS CORPORATION**
   2601 Main Street, Suite 340
4  Irvine, California 92614
   Telephone:   (949) 862-4638
5  Facsimile:   (949) 862-4605

6  Attorneys for Defendant FEDERAL EXPRESS
   CORPORATION dba FEDEX EXPRESS
7  erroneously sued as "FEDERAL EXPRESS" and
   "FEDEX EXPRESS"
8

*ORIGINAL FILED 07 AUG 29 PM 2:10 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

*E-filing*

*MJJ*

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  BRIAN PATRICK TUCKER,            Case No.: **C 07 4480**

13              PLAINTIFF,           **DEFENDANT FEDERAL EXPRESS
                                     CORPORATION'S CORPORATE
14        vs.                        DISCLOSURE STATEMENT
                                     PURSUANT TO FRCP 7.1**
15  FEDERAL EXPRESS; FEDEX
    EXPRESS, and DOES 1-100,
16  Inclusive,
                                     Complaint Filed: February 15, 2007
17              DEFENDANTS.          Trial Date: None Set

18

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

1

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1

1  Defendant Federal Express Corporation dba Fedex Express erroneously
2  sued as "Federal Express" and "Fedex Express" ("FedEx" or "Defendant"), by and
3  through undersigned counsel, identifies the parent company and any publicly held
4  corporation that owns 10% or more of its stock in Federal Express Corporation:
5      1.    FedEx Corporation

7  DATED: August 29, 2007.   Respectfully submitted,

  By: _____
  STACEY O. JUE
  Attorney for Defendant FEDERAL
  EXPRESS CORPORATION dba FEDEX
  EXPRESS erroneously sued as "FEDERAL
  EXPRESS" and "FEDEX EXPRESS"

12  667870

# CERTIFICATE OF SERVICE

I declare that I am employed with the Legal Department of Federal Express Corporation "Fed Ex" LLP, whose address is 2601 Main Street, Suite 340, Irvine, California 92614. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on August 29, 2007, I served a copy of:

**DEFENDANT FEDERAL EXPRESS CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT PURSUANT TO**
**FRCP 7.1**

☒ **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by Fed Ex Express, at 2601 Main Street, suite 340, Irvine, California 92614 in accordance with Fed Ex's ordinary business practices.

I am readily familiar with Fed Ex's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Fed Ex's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Fed Ex Express or delivered to an authorized courier or driver authorized by Fed Ex Express to receive documents on the same date that it (they) is are placed at Fed Ex for collection.

**Brian Patrick Tucker**
**14178 Tiburon Road**
**San Leandro CA 94577**
**Tel: 510-315-0497**

I declare under penalty of perjury that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Irvine, California, this 29th day of August 2007.

Kathy Miller    _Kathy Miller_
(typed)         (signature)

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**