CHRISTOPHER J. YOST, State Bar No. 150785
cjyost@fedex.com
STACEY O. JUE, State Bar No. 231429
stacey.jue@fedex.com
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone:  (949) 862-4638
Facsimile:   (949) 862-4605

Attorneys for Defendant FEDERAL EXPRESS CORPORATION dba FEDEX EXPRESS erroneously sued as "FEDERAL EXPRESS" and "FEDEX EXPRESS"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PATRICK TUCKER,<br><br>PLAINTIFF,<br><br>vs.<br><br>FEDERAL EXPRESS; FEDEX EXPRESS, and DOES 1-100, Inclusive,<br><br>DEFENDANTS. | Case No.: C 07-04480 MJJ<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed:  February 15, 2007<br>Trial Date:  None Set |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the following:

ECF REGISTRATION INFORMATION HANDOUT;

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

PUBLIC NOTICE RE: MAGISTRATE JUDGE WAYNE D. BRAZIL; AND

U.S. DISTRICT COURT FILING GUIDELINES

1

was duly served by depositing the same in the United States Mail, postage prepaid [M], hand-delivery [HD], facsimile transmission [F] or electronically through CM/ECF [E] to the following at their last known address:

**Brian Patrick Tucker  [M]**
**14178 Tiburon Road**
**San Leandro CA 94577**
**Tel:  510-315-0497**

On this date of September 6, 2007, I declare under penalty of perjury that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| Stacey O. Jue, Esq. | /s/ Stacey O. Jue, Esq. |
|---|---|
| (typed) | (signature) |