20. <u>Such matters as may facilitate the just, speedy and inexpensive disposition of this matter:</u>

None at this time.

DATED: November 18, 2007    Respectfully submitted,

By: *[signature]*
BRIAN PATRICK TUCKER
In pro per

DATED: November ___, 2007    Respectfully submitted,

By: _____
STACEY O. JUE
Attorney for Defendant FEDERAL
EXPRESS CORPORATION dba FEDEX
EXPRESS erroneously sued as "FEDERAL
EXPRESS" and "FEDEX EXPRESS"

705955

8

JOINT CASE MANAGEMENT STATEMENT

1  **20.    Such matters as may facilitate the just, speedy and inexpensive disposition of this matter:**

None at this time.

DATED: November ___, 2007           Respectfully submitted,

By:_____
BRIAN PATRICK TUCKER
In pro per

DATED: November 19, 2007            Respectfully submitted,

By: _____
STACEY O. JUE
Attorney for Defendant FEDERAL
EXPRESS CORPORATION dba FEDEX
EXPRESS erroneously sued as "FEDERAL
EXPRESS" and "FEDEX EXPRESS"

705955