UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** MARTIN J. JENKINS

**Date**: December 6, 2007

**Case No:** C 07-04480 MJJ

**Case Title**: BRIAN TUCKER v. FEDERAL EXPRESS

**Appearances:**

    For Plaintiff(s): Pro Se

    For Defendant(s): Stacey Jue

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Connie Kuhl

## PROCEEDINGS

1. Telephonic Case Management Conference - held

## SUMMARY

- Trial (type to be determined) set for 11/03/08 at 8:30 AM; PTC set for 10/28/08 at 3:30 PM.
- Disclosures are due by 12/14/07.
- The matter is referred to Mag. Judge Laporte for settlement to take place in October 2008.

Cc: LH; WH