1  CHRISTOPHER J. YOST, State Bar No. 150785
   cjyost@fedex.com
2  STACEY JUE, State Bar No. 231429
   stacey.jue@fedex.com
3  **FEDERAL EXPRESS CORPORATION**
   2601 Main Street, Suite 340
4  Irvine, California 92614
   Telephone:  (949) 862-4638
5  Facsimile:  (949) 862-4605

6  Attorneys for Defendant FEDERAL EXPRESS
   CORPORATION dba FEDEX EXPRESS
7  erroneously sued as "FEDERAL EXPRESS" and
   "FEDEX EXPRESS"
8

9                  **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | BRIAN PATRICK TUCKER,         | Case No.: C 07-04480 MHP           |
13 |          Plaintiff,           | Honorable Marilyn Hall Patel, Judge |
14 |          vs.                  | **REQUEST TO APPEAR TELEPHONICALLY** |
15 | FEDERAL EXPRESS; FEDEX        |                                    |
16 | EXPRESS, and DOES 1-100,      | Date:     April 21, 2007           |
   | Inclusive,                    | Time:     4:00 p.m.                |
17 |                               | Courtroom: 15                      |
   |          Defendants.          | Complaint Filed: February 15, 2007 |

18

19     Pursuant to the Court's Notice Scheduling a Case Management Conference

20 dated March 6, 2008, Defense counsel, Stacey Jue, respectfully requests that she be

21 allowed to appear telephonically at the Case Management Conference set for

22 April 21, 2007 at 4:00 p.m.

23 DATED: March 7, 2008       Respectfully submitted,

24

25                            By: _____
                                    STACEY O. JUE
26                            Attorney for Defendant FEDERAL EXPRESS
                              CORPORATION dba FEDEX EXPRESS
27                            Erroneously sued as "FEDERAL EXPRESS"
                              and "FEDEX EXPRESS"
28

                                     1
                       REQUEST TO APPEAR TELEPHONICALLY

# ORDER

Defense counsel, Stacey Jue, may appear telephonically via CourtCall at the Case Management Conference set for April 21, 2007 at 4:00 p.m.

IT IS SO ORDERED:

_____
Honorable Marilyn Hall Patel, Judge

#721615

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California 92614.

On March 7, 2008, I served the within document(s):

**REQUEST TO APPEAR TELEPHONICALLY**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

☐ by arranging with O.C. Corporate Attorney Service to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for overnight delivery in accordance with Federal Express Corporation's ordinary business practices.

**Brian Patrick Tucker**
**14178 Triburon Road**
**San Leandro, CA 94577**
**Telephone: (510) 315-0497**
**Plaintiff in Pro Per**

☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on the 7th of March 2008, at Irvine, California.

Deborah A. Purnell