**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: April 21, 2008

Case No.   C 07-4480  MHP                    Judge: MARILYN H. PATEL

Title: BRIAN P TUCKER -v- FEDERAL EXPRESS et al

Attorneys:  Plf: Brian Tucker, pro se
            Dft: Stacey Jue

Deputy Clerk:  Anthony Bowser   Court Reporter: Juanita Gonzales

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Underlying claims discussed; Previously dates before MJJ vacated; Plaintiff to submit in writing re clarification of issues he is to pursue and damages sought within ten days (5/1/2008);

Matter previously referred to Magistrate Judge Elizabeth Laporte for a settlement conference, to be completed within the next 120 days;

A further status conference set for 9/15/2008 at 3:00 pm, with a joint status report with further proposed dates, not later than 9/8/2008;