1  BRIAN P. TUCKER, pro per
   btucker@fbm.com
2  450 Buena Vista Ave., #202
   Alameda, CA 94501
3  Telephone: (510) 467-9869

4  Plaintiff, pro per

5  STACEY O. JUE, State Bar No. 231429
   stacey.jue@fedex.com
6  FEDERAL EXPRESS CORPORATION
   2601 Main Street, Suite 340
7  Irvine, California 92614
   Telephone: (949) 862-4638
8  Facsimile: (949) 862-4605

9
   Attorneys for Defendant FEDERAL EXPRESS
10 CORPORATION dba FEDEX EXPRESS
   erroneously sued as "FEDERAL EXPRESS" and
11 "FEDEX EXPRESS"

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PATRICK TUCKER,<br><br>            Plaintiff,<br><br>     vs.<br><br>FEDERAL EXPRESS; FEDEX EXPRESS, and DOES 1-100, Inclusive,<br><br>            Defendants. | Case No.: C 07-04480 MHP<br><br>Honorable Marilyn Hall Patel, Judge<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF'S SECOND, THIRD, SIXTH, SEVENTH, AND ALL EMOTIONAL DISTRESS CLAIMS AND REQUEST FOR A COURT ORDER DISMISSING CLAIMS WITH PREJUDICE AND STRIKING CORRESPONDING ALLEGATIONS AND PARAGRAPHS FROM PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**[Proposed Order Filed Concurrently Herewith]** |

1

2  Plaintiff Brian Patrick Tucker ("Plaintiff") and Defendant Federal Express
3  Corporation dba FedEx Express ("Defendant") hereby submit this Joint Stipulation to
4  Dismiss With Prejudice Plaintiff's Second, Third, Sixth, Seventh, and All Claims for
5  Emotional Distress and Request for a Court Order Dismissing Claims and Striking
6  Corresponding Allegations and Paragraphs From Plaintiff's First Amended
7  Complaint.  Plaintiff and Defendant (collectively the "Parties") agree to the following:
8

9  WHEREAS, Plaintiff brought claims against Defendant relating to his former
10 employment with Defendants and filed his First Amended Complaint on July 30,
11 2007;
12 WHEREAS, Plaintiff and Defense Counsel attended a hearing on April 21,
13 2008, wherein Plaintiff advised the Court and Defendant of his intention to dismiss
14 with prejudice certain claims including any claim for emotional distress damages.
15 The Court ordered that Plaintiff submit by May 1, 2008 in writing the claims to be
16 dismissed.  A true and correct Copy of the May 1 Court Order is attached hereto as
17 Exhibit "A."
18 WHEREAS, on May 1, 2008, Plaintiff filed a letter addressed to Judge Patel
19 and a pleading entitled "Plaintiff's Promised Stipulation to Drop Causes of Action and
20 Claims for Emotional Distress" (hereinafter "Plaintiff's Promised Stipulation").  In
21 Plaintiff's Promised Stipulation, he advised that Court as follows:

22
23  "Plaintiff has promised the court, and he stipulates here in writing,
   that he will drop all causes of action in this matter, except for his
24 cause of action for Wrongful Termination in Violation of Public
   Policy and his cause of action for Discrimination on the basis of
25 physical disability as well as the corresponding FEHA cause of
   action for Discrimination on the basis of physical disability. There
26 will be no further pursuit of the causes of action for racial
   discrimination and the corresponding FEHA action for racial
27 discrimination, nor will there be further pursuit of the Breach of
28

2

Contract and Good faith and Fair Dealing causes of action. Plaintiff furthermore will not be seeking any damages for emotional distress."

A true and correct copy of Plaintiff's May 1 letter to Judge Patel and Promised Stipulation to Drop Claims is attached hereto as Exhibit "B."

NOW, THEREFORE, the Parties agree and stipulate to the following:

1. The Parties agree that the Court dismiss with prejudice the following causes of action and all claims for emotional distress damages asserted by Plaintiff in his First Amended Complaint ("Complaint"):

   a. Second Cause of Action for Breach of Contract (paragraphs 47-70 in Complaint),

   b. Third Cause of Action for Breach of Covenant of Good Faith & Fair Dealing (paragraphs 71-86 in Complaint),

   c. Sixth Cause of Action for Discrimination Based on Race in Violation of FEHA (paragraphs 105-121 in Complaint),

   d. Seventh Cause of Action for Discrimination Based on Race in Violation of the Public Policy of the State of California (paragraphs 122-128 in the Complaint),

   e. All claims for emotional distress damages (paragraphs 44, 97, 103, and Prayer for Damages on page 38 line 8);

2. The Parties agree that the Court strike from the record and Plaintiff's First Amended Complaint the following:

   a. page 1 lines 15-17 (caption) – "breach of contract; breach of the covenant of good faith and fair dealing";

   b. paragraphs 44 (emotional distress damages), 47-70 (breach of contract), 71-86 (breach of covenant of good faith & fair dealing), 97 (emotional distress damages), 103 (emotional distress damages), 105-121 (discrimination based

1  on race in violation of public policy, 122-128 (discrimination based on race
2  in violation of FEHA); and
3  c. page 38 line 8 (Prayer for Damages)- "mental and emotional distress."

DATED: July __, 2008          Respectfully submitted,

                              By:        /s/
                              BRIAN P. TUCKER, PLANITIFF, PRO PER


DATED: July __, 2008

                              Respectfully submitted,

                              By:        /s/
                              STACEY O. JUE
                              Attorney for Defendant  FEDERAL EXPRESS
                              CORPORATION dba FEDEX EXPRESS erroneously
                              sued as "FEDERAL EXPRESS" and "FEDEX
                              EXPRESS"

739875

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Federal Express Corporation dba FedEx Express, 2601 Main Street, Suite 340, Irvine, California  92614.

On July 25, 2008, I served the within document(s):

**JOINT STIPULATION TO DISMISS WITH PREJUDICE PLAINTIFF'S SECOND, THIRD, SIXTH, SEVENTH, AND ALL EMOTIONAL DISTRESS CLAIMS WITH PREJUDICE AND REQUEST FOR A COURT ORDER DISMISSING CLAIMS WITH PREJUDICE AND STRIKING CORRESPONDING ALLEGATIONS AND PARAGRAPHS FROM PLAINTIFF'S FIRST AMENDED COMPLAINT**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

- ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Irvine, California addressed as set forth below.

- ☐ by arranging with OC Corporate Courier to personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ by placing the document(s) listed above in a sealed envelope with delivery fees provided for, addressed as follows for collection by Federal Express for overnight delivery at Federal Express Corporation, 2601 Main Street, Suite 340, Irvine, California  92614, in accordance with Federal Express Corporation's ordinary business practices.

**Brian Patrick Tucker**
**450 Buena Vista Avenue, #202**
**Alameda, CA  94501**
**Tel:  510-467-9869**

**Plaintiff (In Pro Per)**

- ☐ *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

- ☒ *(Federal)*  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on the 25 of July, 2008, at Irvine, California.

/s/
_____
Diane Fay Esparza