1    in violation of FEHA); and

2    c.  page 38 line 8 (Prayer for Damages)- "mental and emotional distress."

3

4    DATED: July 22, 2008          Respectfully submitted,

5

6    By: _Brian P. Tucker_____

7    BRIAN P. TUCKER, PLANITIFF, PRO PER

8

9

10   DATED: July 22, 2008

11                                 Respectfully submitted,

12                                 By: _____

13   STACEY O. JUE

14   Attorney for Defendant  FEDERAL EXPRESS
     CORPORATION dba FEDEX EXPRESS erroneously
15   sued as "FEDERAL EXPRESS" and "FEDEX
16   EXPRESS"

17

18

19

20   739875

21

22

23

24

25

26

27

28

4