EXHIBIT A

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: April 21, 2008

Case No.   C 07-4480  MHP          Judge: MARILYN H. PATEL

Title: BRIAN P TUCKER -v- FEDERAL EXPRESS et al

Attorneys: Plf: Brian Tucker, pro se
          Dft: Stacey Jue

Deputy Clerk: Anthony Bowser  Court Reporter: Juanita Gonzales

### PROCEEDINGS

1)  Case Management Conference

2)

3)

### ORDERED AFTER HEARING:

Underlying claims discussed; Previously dates before MJJ vacated; Plaintiff to submit in writing re clarification of issues he is to pursue and damages sought within ten days (5/1/2008);

Matter previously referred to Magistrate Judge Elizabeth Laporte for a settlement conference, to be completed within the next 120 days;

A further status conference set for 9/15/2008 at 3:00 pm, with a joint status report with further proposed dates, not later than 9/8/2008;