**EXHIBIT B**



To the Honorable Judge
Marilyn Hall Patel
United States District Court
Northern District of California

Re Brian Patrick Tucker V. FedEx Express Case No. C 07-04480 MJJ

Dear Judge Patel,

This is to reiterate to you my intentions voiced to you on Monday April 21, 2008 that I intend to drop certain causes of action in this matter, as well as certain claims for damages. Plaintiff has promised the court, and he iterates here in writing, that he will drop all causes of action in this matter, except for his cause of action for Wrongful Termination in Violation of Public Policy and his cause of action for Discrimination on the basis of physical disability as well as the corresponding FEHA cause of action for Discrimination on the basis of physical disability. There will be no further pursuit of the causes of action for racial discrimination and the corresponding FEHA action for racial discrimination, nor will there be further pursuit of the Breach of Contract and Good Faith and Fair Dealing causes of action. Plaintiff furthermore will not be seeking any damages for emotional distress.

Brian Tucker, Pro Per Plaintiff

May 1, 2008

1  Brian Patrick Tucker
   450 Buena Vista Ave #202
2  Alameda CA 94501
   Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Brian Patrick Tucker

          Plaintiff

v.

Federal Express; FedEx Express and
Does 1 – 100 Inclusive

          Defendants

Case No.    C 07-04480 MHP

Plaintiff's Promised Stipulation
To Drop Causes of Action and
Claims for Emotional Damages

Plaintiff has promised the court, and he stipulates here in writing, that he will drop all causes of action in this matter, except for his cause of action for Wrongful Termination in Violation of Public Policy and his cause of action for Discrimination on the basis of physical disability as well as the corresponding FEHA cause of action for Discrimination on the basis of physical disability. There will be no further pursuit of the causes of action for racial discrimination and the corresponding FEHA action for racial discrimination, nor will there be further pursuit of the Breach of Contract and Good Faith and Fair Dealing causes of action. Plaintiff furthermore will not be seeking any damages for emotional distress.

*Brian Tuck* (signature)

Brian Tucker, Pro Per Plaintiff   May 1, 2008