BRIAN P. TUCKER, pro per
btucker@fbm.com
450 Buena Vista Ave., #202
Alameda, CA 94501
Telephone: (510) 467-9869

Plaintiff, pro per

STACEY O. JUE, State Bar No. 231429
stacey.jue@fedex.com
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4638
Facsimile: (949) 862-4605

Attorneys for Defendant FEDERAL EXPRESS CORPORATION dba FEDEX EXPRESS erroneously sued as "FEDERAL EXPRESS" and "FEDEX EXPRESS"

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

BRIAN PATRICK TUCKER,

Plaintiff,

vs.

FEDERAL EXPRESS; FEDEX EXPRESS, and DOES 1-100, Inclusive,

Defendants.

Case No.: C 07-04480 MHP

Honorable Marilyn Hall Patel, Judge

**~~[PROPOSED]~~ ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S SECOND, THIRD, SIXTH, SEVENTH, AND ALL EMOTIONAL DISTRESS CLAIMS AND STRIKING CORRESPONDING ALLEGATIONS AND PARAGRAPHS FROM PLAINTIFF'S FIRST AMENDED COMPLAINT**

**[Joint Stipulation Filed Concurrently Herewith]**

This matter came before this court pursuant to the Joint Stipulation entered into by the parties for dismissal of Plaintiff's Second, Third, Sixth, Seventh, and All Claims for Emotional Distress and to Strike Corresponding Allegations and Paragraphs From Plaintiff's First Amended Complaint. Having considered the Joint Stipulation of the parties and good cause appearing therefore,

IT IS ORDERED as follows:

a. Plaintiff's Second Cause of Action for Breach of Contract (paragraphs 47-70 in First Amended Complaint) and relief stated therein is dismissed with prejudice;

b. Plaintiff's Third Cause of Action for Breach of Covenant of Good Faith & Fair Dealing (paragraphs 71-86 in First Amended Complaint) and relief stated therein is dismissed with prejudice;

c. Plaintiff's Sixth Cause of Action for Discrimination Based on Race in Violation of FEHA (paragraphs 105-121 in First Amended Complaint) and relief stated therein is dismissed with prejudice;

d. Plaintiff's Seventh Cause of Action for Discrimination Based on Race in Violation of the Public Policy of the State of California (paragraphs 122-128 in the First Amended Complaint) and relief stated therein is dismissed with prejudice,

e. All of Plaintiff's claims for emotional distress damages (paragraphs 44, 97, 103, and Prayer for Damages on page 38 line 8 in the First Amended Complaint) and relief stated therein are dismissed with prejudice;

f. The following allegations, paragraphs and/or language are hereby stricken from the record and Plaintiff's First Amended Complaint:

   1. page 1 lines 15-17 (caption) – "breach of contract; breach of the covenant of good faith and fair dealing";
   2. paragraphs 44 (emotional distress damages), 47-70 (breach of contract), 71-86 (breach of covenant of good faith & fair dealing), 97

(emotional distress damages), 103 (emotional distress damages), 105-121 (discrimination based on race in violation of public policy, 122-128 (discrimination based on race in violation of FEHA); and

3. page 38 line 8 (Prayer for Damages)- "mental and emotional distress."

g. Each party to bear his or its costs and fees.

**IT IS SO ORDERED.**

DATED: July 30, 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Marilyn H. Patel

HONORABLE MARILYN HALL PATEL,
JUDGE OF THE UNITED STATES DISTRICT COURT

740897