**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PATRICK TUCKER, | No. C 07-04480 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Status Conference)** |
| v. | |
| FEDERAL EXPRESS, | |
| Defendant(s). | |

The parties are hereby notified that the status conference in this matter currently set for September 15, 2008, has been rescheduled and will be held on **December 15, 2008 at 3:00 p.m.**, before the Honorable Marilyn Hall Patel, Courtroom 15, 450 Golden Gate Avenue, 18th Floor, San Francisco, California. A joint supplemental status report shall be filed not later than December 8, 2008.

Richard W. Wieking
Clerk, U.S. District Court

Dated: September 9, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140