1  BRIAN P. TUCKER, pro per
   btucker@fbm.com
2  450 Buena Vista Ave., #202
   Alameda, CA 94501
3  Telephone:  (510) 467-9869

4  Plaintiff, pro per

5
   STACEY O. JUE, State Bar No. 231429
6  stacey.jue@fedex.com
   FEDERAL EXPRESS CORPORATION
7  2601 Main Street, Suite 340
   Irvine, California 92614
8  Telephone:  (949) 862-4638
   Facsimile:  (949) 862-4605
9
   Attorneys for Defendant FEDERAL EXPRESS
10 CORPORATION dba FEDEX EXPRESS
   erroneously sued as "FEDERAL EXPRESS" and
11 "FEDEX EXPRESS"

12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15

16 | BRIAN PATRICK TUCKER,              | Case No.: C 07-04480 MHP
17 |              Plaintiff,             | Honorable Marilyn Hall Patel, Judge
18 |     vs.                             | [PROPOSED] ORDER PURSUANT TO
                                          THE PARTIES' STIPULATED ENTRY
19 | FEDERAL EXPRESS; FEDEX              | OF DISMISSAL WITH PREJUDICE
   | EXPRESS, and DOES 1-100,
20 | Inclusive,                          | [Joint Stipulation Filed Concurrently
                                          Herewith]
21 |              Defendants.            |

                                1

1  The parties, Brian Patrick Tucker ("Plaintiff") in pro per and Defendant Federal
2  Express Corporation dba FedEx Express ("Defendant"), by and through counsel, and
3  pursuant to Rule 41(A)(1)(ii), filed a Stipulated Entry of Dismissal <u>With Prejudice</u> of
4  Plaintiff's above-styled action, with each party to bear its own costs and fees.
5  Plaintiff's above-styled action, styled Brian Patrick Tucker v. Federal Express,
6  Case No. C 07-04480 MHP, (originally filed as Case No. HG07311338 in the
7  Superior Court of California for the County of Alameda) is accordingly dismissed
8  with prejudice. Each party shall be responsible for their own costs and attorneys fees.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December  5, 2008



HONORABLE MARILYN H. PATEL,
JUDGE OF THE UNITED STATES DISTRICT COURT

754759